# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hannah Geary, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:20-cv-231 |
| ) | |
| v. ) | |
| ) | |
| Geibel Catholic Junior Senior High School, ) | |
| Et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT OF NEUTRAL

A Mediation session was held in the above-captioned matter on August 26, 2020.

The case (please check one):

____**X**_____   has resolved

_____   has resolved in part (see below)

_____   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Dated: August 27, 2020                **/s/David B. White, Esquire**
                                       Signature of Neutral