IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNAH GEARY, | ) | Civil Action No. 2:20-cv-00231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | HONORABLE MARK R. HORNAK |
| v. | ) | |
| | ) | |
| GEIBEL CATHOLIC JUNIOR SENIOR | ) | |
| HIGH SCHOOL, PATRICIA NICKLER, | ) | |
| M.C. and COLE KENDALL, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

<u>JOINT STATUS REPORT</u>

COME NOW, the parties, by and through their attorneys, and hereby file this Joint Status Report as follows:

1.    The parties settled this matter through participation in this Honorable Court's alternative dispute resolution program on August 26, 2020.

2.    Thereafter, the necessary confidential settlement agreements were exchanged amongst the parties.

3.    As of today's date, all parties and necessary signatories have executed the appropriate agreements, except for Defendant M.C.

Respectfully submitted,

s/ Elizabeth A. Tuttle
Elizabeth A. Tuttle, Esquire
Joel S. Sansone, Esquire
Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
*Counsel for Plaintiff*

s/Corey S.D. Norcross
Corey S.D. Norcross, Esquire
Michelle H. Badolato, Esquire
Joseph McHale, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
*Counsel for Defendants Geibel Catholic Junior
Senior High School and Patricia Nickler*

s/Kenneth J. Nolan
Kenneth J. Nolan, Esquire
Phil DiLucente & Associates, LLC
301 Grant Street, Suite 1801
Pittsburgh, Pennsylvania 15219
*Counsel for Defendant Cole Kendall*

s/James E. DePasquale
James E. DePasquale, Esquire
1302 Grant Building
310 Grant Street
Pittsburgh, Pennsylvania 15219
*Counsel for Defendant M.C.*

Dated:  October 29, 2020